# CASE ANNOUNCEMENTS
*January 12, 2011*

[Cite as *01/12/2011 Case Announcements*, 2011-Ohio-56.]

## DISCIPLINARY CASES

**2008–0412. Cincinnati Bar Assn. v. Moeves.**
This cause is pending before the court upon consideration of relator's Notice to the Court filed on January 3, 2011.

Upon consideration of relator's motion for redaction, it is ordered that the motion is granted. Consistent with S.Ct.Prac.R. 8.6, counsel for relator shall redact all personal identifiers as defined by Sup.R. 44(H) from the attachments to relator's Notice to the Court filed in this case within ten days of the date of this entry.